UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Gatling,
    *Plaintiff*,
    v.

Nissan of Middletown,
    *Defendant*.

Docket No. 17-cv-1645 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by February 26, 2018.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 25th day of January 2018.